NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MT TRANSITION LP f/k/a MEMORIAL )
HOSPITAL OF TAMPA, LP d/b/a )
MEMORIAL HOSPITAL OF TAMPA, )
IASIS HEALTHCARE CORPORATION; )
IASIS HEALTHCARE, LLC, )
                                  )
    Petitioners, )
                                  )
v. )    Case No. 2D17-3375
                                  )
DEBORAH KERR TAGLIARINI, as )
personal representative of the Estate )
of Peter Alex Tagliarini, deceased; )
Henry J. Weiss, M.D.; South Tampa )
Medical Group, P.A.; and Gustavo )
Serrano, M.D., )
                                  )
    Respondents. )
_____ )

Opinion filed March 23, 2018.

Petition for Writ of Certiorari to the Circuit
Court for Hillsborough County; Cheryl K.
Thomas, Judge.

Mark Hicks and Dinah Stein of Hicks,
Porter, Ebenfeld & Stein, P.A., Miami;
and James D. Wetzel of LaCava &
Jacobson, P.A., Tampa, for Petitioner.

Rebecca Bowen Creed and Bryan S.
Gowdy of Creed & Gowdy, P.A.,
Jacksonville; and Mac A. Greco, Jr. of
Greco & Wozniak, P.A., Tampa, for
Respondent Deborah Kerr Tagliarini.

No appearance for remaining Respondents.

PER CURIAM.

Denied.

CASANUEVA, SILBERMAN, and BLACK, JJ., Concur.